NUMBER 13-92-00645-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

WOLCO ENERGY, INC., Appellant,


v.



TEJAS FLUIDS, INC., Appellee. 

_____________________________________________________________


On appeal from the County Court at Law No. 1


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on April 8, 1993, due to the bankruptcy of one
of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. Since
the abatement there has been no activity in this appeal. On July 2, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellee responded to the order by informing the Court that the appeal should be
dismissed as per the Court's notice to the parties. Accordingly, we reinstate and dismiss
the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 30th day of July, 2009.